**Motion Granted; Appeal Dismissed and Memorandum Opinion filed August 3, 2017.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-17-00404-CV

---

### BLANCA WATSON, Appellant

### V.

### HOME DEPOT U.S.A., INC. AND WERNER CO., Appellees

---

**On Appeal from the 129th District Court
Harris County, Texas
Trial Court Cause No. 2014-41648**

---

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed April 20, 2017. On July 17, 2017, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted. Accordingly, the appeal is dismissed.

PER CURIAM

Panel consists of Justices Boyce, Donovan, and Jewell.